# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WINTERS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CARDINAL FINANCIAL COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No.: 16-cv-02347-BAS(BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 11]** |

　　　Presently before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 11.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action.

　　　Although Plaintiff filed this case as a putative class action, the Court did not certify a class. Therefore, this dismissal does not affect the putative class members' claims. The Clerk of the Court is directed to close this case.

　　　**IT IS SO ORDERED.**

**DATED:** December 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge